UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERA GROUP, INC., *etc.*,

                              Plaintiffs,

-v-

CITIGROUP, INC., *etc.*,

                              Defendants.

No. 17-cv-4302 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of the attached stipulation regarding service, a pre-motion conference, and proposed deadlines for Defendants to answer, move, or otherwise respond to the complaint. IT IS HEREBY ORDERED THAT the parties shall proceed in accordance with the following schedule: Defendants shall file any motion(s) to dismiss by September 11, 2017, Plaintiffs shall file their opposition to any such motion(s) to dismiss by October 11, 2017, and Defendants shall file their reply (or replies) to Plaintiffs' opposition by October 25, 2017.

       IT IS FURTHER ORDERED THAT the initial conference is adjourned pending resolution of Defendants' motion(s) to dismiss.

       IT IS FURTHER ORDERED THAT all discovery in this action is stayed pending resolution of Defendants' motion(s) to dismiss.

SO ORDERED.

Dated:      July 7, 2017
              New York, New York

                                                      RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                          :
TERA GROUP, INC., et al.,                 :    Civil Action No. 17-cv-4302 (RJS)
                                          :
                        Plaintiffs,       :
                                          :
        v.                                :
                                          :
CITIGROUP, INC., et al.,                  :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------------------------x
```

**STIPULATION REGARDING SERVICE,
PRE-MOTION CONFERENCE, AND SETTING TIME FOR DEFENDANTS
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on June 8, 2017, Tera Group, Inc., Tera Advanced Technologies, LLC, and TeraExchange, LLC ("Plaintiffs") filed a complaint (the "Complaint") in the above-captioned action against the defendants ("Defendants");

WHEREAS, there has been no prior request to extend any deadlines in the above-captioned action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The undersigned counsel for Defendants agree to accept service of process in the above-captioned lawsuit on behalf of their respective clients, expressly reserving the right to contest whether any party in the complaint is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue.

2. Defendants' deadlines to answer, move or otherwise respond to the Complaint in this action are hereby vacated.

3. No later than 30 days after the initial conference on July 12, 2017, Defendants will serve upon the Court and Plaintiffs any pre-motion letter(s) concerning their contemplated motion(s) to dismiss and, in accordance with the Court's Individual Rule and Procedure 2.A, setting forth the basis for the anticipated motion and requesting to arrange a pre-motion conference.

4. No later than 30 days from receipt of Defendants' letter(s), Plaintiffs will serve a response to Defendants' pre-motion letter(s).

5. Defendants will file any motion(s) to dismiss no later than 45 days from the date of the pre-motion conference. Plaintiffs will file their opposition to any such motion(s) to dismiss the Complaint no later than 45 days from its filing. Defendants will file their reply (or replies) to Plaintiffs' opposition no later than 30 days after the filing of such opposition.

6. All discovery in this action shall be stayed until the Court rules on any Rule 12(b) motion(s) by Defendants.


DATED: July 5, 2017

*/s/ Vincent Briganti*
Vincent Briganti
Geoffrey Milbank Horn
Peter Dexter St. Phillip, Jr.
Christian Levis
Michelle Elizabeth Conston
Matthew John Acocella
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com
clevis@lowey.com
mconston@lowey.com
macocella@lowey.com

*Attorneys for Plaintiffs Tera Group, Inc., Tera Advanced Technologies, LLC, and TeraExchange, LLC*

3

/s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848.4000
adam.hakki@shearman.com
richard.schwed@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

/s/ Lawrence Buterman
James E. Brandt
Christopher J. Clark
Lawrence E. Buterman
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
james.brandt@lw.com
chris.clark@lw.com
lawrence.buterman@lw.com

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
margaret.zwisler@lw.com

*Attorneys for Defendants Barclays PLC; Barclays Bank plc; and Barclays Capital Inc.*

*Marshall Fishman* (PDK)

Marshall H. Fishman
Christine V. Sama
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8851
mfishman@goodwinlaw.com
csama@goodwinprocter.com

*Attorneys for Defendants BNP Paribas, S.A. and BNP Paribas Securities Corp.*

*Kenneth Gallo* (PDK)

Brad S. Karp
Julia Tarver-Mason Wood
William A. Clareman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
bkarp@paulweiss.com
jwood@paulweiss.com
wclareman@paulweiss.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kgallo@paulweiss.com

*Attorneys for Defendants Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited*

_David G. Januszewski_ (DDJ)
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse AG; Credit Suisse Group AG; Credit Suisse Securities (USA) LLC; and Credit Suisse International*

_Tracy Schaffer_ (DDJ)
Tracy V. Schaffer
Stephen J. Obie
Eric P. Stephens
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
tschaffer@jonesday.com
sobie@jonesday.com
epstephens@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939
prender@jonesday.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

/s/ Robert Sperling (DDK)
Robert Y. Sperling
Joseph L. Motto
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7941
rsperling@winston.com
jmotto@winston.com

Elizabeth P. Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone: (202) 282-5000
epapez@winston.com

Richard C. Pepperman II
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
geigerm@sullcrom.com

*Attorneys for Defendants The Goldman Sachs Group, Inc.; Goldman Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International*

/s/ Andrew Marovitz (DDK)
Andrew S. Marovitz*
Britt M. Miller*
MAYER BROWN LLP
*pro hac vice motions forthcoming*
71 S. Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 701-7116
Fax: (312) 706-8651
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc; HSBC Bank plc; HSBC Bank USA, N.A.; and HSBC Securities (USA) Inc.*

_Robert Wick_ (DDK)
Robert D. Wick
Andrew D. Lazerow
John S. Playforth
Katharine Mitchell-Tombras
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
rwick@cov.com
alazerow@cov.com
jplayforth@cov.com
kmitchelltombras@cov.com

*Attorneys for Defendants JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities LLC; and J.P. Morgan Securities plc*

_Daniel Slifkin_ (DDK)
Daniel Slifkin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
dslifkin@cravath.com
mpaskin@cravath.com

*Attorneys for Defendants Morgan Stanley; Morgan Stanley Bank, N.A.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services LLC; Morgan Stanley Derivative Products Inc.; and Morgan Stanley Bank International Limited*

_James McClammy_ (DDK)
Arthur J. Burke
James I. McClammy
Rebecca L. Martin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
arthur.burke@davispolk.com
james.mcclammy@davispolk.com
rebecca.martin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc; Royal Bank of Scotland plc; and RBS Securities Inc.*

_David Bohan_ (DDK)
David C. Bohan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
david.bohan@kattenlaw.com

Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
dswanson@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*

8