UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/20

TERA GROUP, INC., et al.,

    Plaintiffs,

v.

CITIGROUP, INC., et al.,

    Defendants.

No. 17-CV-4302 (RJS)

## NOTICE AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Ravi R. Sharma hereby withdraws as counsel for Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited ("Citibank defendants"). Mr. Sharma is no longer associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Attached is my declaration, in accordance with Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York. I will continue to represent Citibank defendants in this action, along with Brad S. Karp, Kenneth A. Gallo, Julia Tarver-Mason Wood, and William A. Clareman of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

[Remainder of this page intentionally left blank.]

IT IS HEREBY ORDERED THAT the motion to withdraw as counsel is GRANTED.

SO ORDERED.

Dated:    February 6, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation